UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 20, 2015

ROBERT RICE,

              Plaintiff,

- against -

MEGA BEVERAGE REDEMPTION CENTER INC, A BETTER WASH, LLC, AND CONRAD CUTLER,

              Defendants.

**ORDER**

15 Civ. 1257 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On September 23, 2015, Plaintiff's counsel moved for this Court's approval of the settlement in this action, reached during a mediation before Magistrate Judge Andrew J. Peck on September 16, 2015. (Dkt. No. 22) Having reviewed the terms of the settlement as well as Plaintiff's counsel's letter in support of the resolution, and having determined that the settlement is fair, reasonable, and adequate, it is hereby ORDERED that the action is dismissed with prejudice and without attorneys' fees or costs except as provided in the settlement agreement. The Clerk of the Court is directed to close the case. Any pending motions are moot.

Dated: New York, New York
       October 20, 2015

SO ORDERED.

*Paul Gardephe*
Paul G. Gardephe
United States District Judge